**Dated: October 29, 2010 09:19:52**

**The following is ORDERED:**

Niles Jackson
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                            CHAPTER 13

NAKEYLIA T HUMPHREY                               CASE NO. 09-15410 NLJ
        Debtor(s).

_____
        ORDER OF DISMISSAL FOR FAILURE TO MAKE PAYMENTS
_____

THIS MATTER COMES BEFORE THE COURT ON THE MOTION TO DISMISS FILED BY THE TRUSTEE ("THE TRUSTEE").  UPON THE REPRESENTATION OF THE TRUSTEE:

THE MOTION TO DISMISS WAS FILED ON 10/06/2010, AND SERVED ON ALL PARTIES IN INTEREST PURSUANT TO LOCAL BANKRUPTCY RULE 9007, AND THE LAST DATE FOR FILING OBJECTIONS WAS 10/25/2010, WHICH PASSED WITH NO OBJECTION THERETO BEING SERVED AND FILED.  THEREFORE, THE MOTION SHOULD BE GRANTED.

IT IS THEREFORE ORDERED THAT THE TRUSTEE'S MOTION TO DISMISS IS GRANTED AND THE ABOVE-CAPTIONED BANKRUPTCY PROCEEDING IS DISMISSED.

                              ###

APPROVED AND SUBMITTED BY:

/s/ John Hardeman
_____
CHAPTER 13 TRUSTEE
P.O. BOX 1948
OKLAHOMA CITY, OK 73101
(405)236-4843
trustee@chp13okc.com                                              #666/JS